**People of the State of Illinois, Plaintiff-Appellee, v. Emily Kaye, Defendant-Appellant.**

**Gen. No. 53,582. (Abstract of Decision.)**

First District, Second Division.
June 17, 1969.
Rehearing denied July 11, 1969.

J. Edward Jones, of Blue Island, for appellant; no brief filed for appellee. Opinion by JUSTICE BURKE. Not to be published in full.